### SWIFT *against* LIVINGSTON.(a)

The tenant in a writ of right, may be called on the first day of the term, and his default entered for his non-appearance, and if he does not appear, on the *quarto die post,* and excuse his default, he will be nonsuited.

EMOTT, for the tenant in a writ of right, moved on the first day of the term, that the demandant be called, and that his default be entered for his non-appearance;

And this being the *quarto die post,* he again moved, that the demandant be called to appear, and excuse his default, or that he be nonsuited. (Vin. Abr. 436, 9, 10, and 439, 19.)

*Scott,* contra.

*Per Curiam.* In the case of *Clobery* v. *The Bishop of Exon,* (Carthew, 173,) it was decided, that the tenant, in a writ of right, is only demandable on the *quarto die post;* but that the demandant is liable to be called on the *primo die placiti,* and in case of non-appearance his default may be entered, which, if he does not appear and excuse, on the *quarto die post,* he is liable to a nonsuit. (Co. Litt. 139, b.) At common law, on every continuance or day given, at or before judgment, the plaintiff or demandant might have been nonsuited; and before the stat. of Henry IV. after verdict, if the court gave a day to be advised, at that day [*113] *plaintiff was demandable, and, therefore, might have been nonsuited, if he did not then appear; but that is remedied by our statute. After an award to answer, however, or a demurrer in law joined, the plaintiff for not ap-

---

(c) Trial by record was a non-enumerated motion; *McKenzie* v. *Wilson,* 2 Caines, 385; and brought on by motion pursuant to a notice of four days; principal case; *Manhattan Co.* v. *Herbert,* 1 Caines, 6; but it is abolished by the Revised Statutes of New York; vol. 2, p. 331, § 4, 2d ed.

(a) S. C., C. C. 122.

pearing shall still be nonsuit, for he is not helped by the statute.

Judgment of nonsuit.(b)

(b) See n. (a) to *Haines* v. *Budd, supra,* vol. 1, p. 335.

